IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE PRESLEY, AIS #158155,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0594-CG-M |
| | ) |
| **COMMISSIONER JEFFERSON DUNN, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE and ORDERED** this 11th day of April, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE